JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR13-359 RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |
| MELVIN CHARLES SLAUGHTER, FERDINAND CLAY, and ANNASTASIA MARIE PIERSON, | ) | |
| Defendant. | ) | |

THE COURT has considered the stipulated motion for a continuance of the trial and the pretrial motions dates (Dkt. # 39) and the defendants' knowing and voluntary speedy trial waivers (Dkt. # 37, 38, 40). The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendants in a speedy trial.

THE COURT further finds that the period of time from the current trial date of January 13, 2014, until the new trial date of March 24, 2014, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

//

//

//

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE & PRETRIAL MOTIONS DUE
DATE - 1
(*Ferdinand Clay,* CR13-359 RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100

1 //

2     IT IS THEREFORE ORDERED that the trial date in this matter is continued to

3 March 24, 2014, and that pretrial motions shall be filed no later than February 24, 2014.

4

5     DONE this 11th day of December, 2013.

6

7                                        /s/ Robert S. Lasnik

8                                        Robert S. Lasnik
                                       United States District Judge

9

10

11 Presented by:

12 s/ *Kyana Givens*
Kyana Givens, WSBA No. 37670

13 Attorney for Ferdinand Clay

14 s/ *Juanita Holmes*

15 Juanita Holmes, WSBA No. 15583
Melvin Charles Slaughter

16

17 s/ *Michael Nance*
Michael Nance, WSBA No. 13933

18 Attorney for Annastasia Pierson

19 s/ *Vince Lombardi*

20 Assistant United States Attorney

21

22

23

24

25

26

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE & PRETRIAL MOTIONS DUE
DATE - 2
(*Ferdinand Clay,* CR13-359 RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**